IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

PROGRESSIVE HAWAII )
INSURANCE COMPANY, )
              )
    Plaintiff, )
              )
v.            )   No. 1:14-cv-00085
              )
MARKUS INSURANCE AGENCY, INC., )
DON SWEETON and SARAH SWEETON )
              )
    Defendants. )

## STIPULATION OF DISMISSAL

Come the parties, through counsel, and pursuant to FRCP 41(1)(ii), request the Court dismiss this case. The parties advise the litigation has been resolved by settlement. The parties have agreed no cost bill shall be allowed.

**Respectfully submitted,**

| | |
|---|---|
| **/s/John Thomas Feeney** | **/s/Heather Howell Wright** |
| **John Thomas Feeney** | **Heather Howell Wright** |
| BPRN 11482 | BPRN 30649 |
| P. O. Box 198685 | 1600 Division Street, Suite 700 |
| Nashville, Tennessee 37219 | Nashville, Tennessee 37203 |
| *Attorney for Plaintiff* | *Attorney for Defendants Don and Sarah Sweeton* |
| | |
| **/s/Charles Holt** | **/s/Steve W. Keyt** |
| **Charlie Holt** | **Steve W. Keyt** |
| BPRN.5338 | BPRN 9200 |
| P.O. Box 357 | 200 W. Martin Luther King Blvd. |
| Lawrenceburg, Tennessee 38464 | Chattanooga, Tennessee 37402 |
| *Attorney for Defendant Markus Insurance Agency, Inc.* | *Attorney for Defendant Markus Insurance Agency, Inc.* |