IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| PROGRESSIVE HAWAII INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:14-cv-00085<br>) Senior Judge Haynes<br>)<br>) |
| MARKUS INSURANCE AGENCY, INC, et al., | )<br>)<br>) |
| Defendants. | ) |

# ORDER

Before the Court is the parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 23). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendants are **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 21st day of January, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge